UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| APRIL D. CABALLERO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:06CV152 CDP |
| | ) |
| WAL-MART STORES, INC., | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

On December 7, 2006, Defendant Wal-Mart Stores East, L.P. filed a motion for remand. Defendant states that the parties have agreed and stipulated to a remand to state court and that they agree and stipulate that the amount in controversy does not exceed $75,000.00.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion to remand [#12] is granted and the Clerk of the Court is directed to REMAND this case to the Circuit Court of Cape Girardeau County, Missouri.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 18th day of December, 2006.